# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

O'NEAL CONSTRUCTORS, LLC

      Plaintiff,

vs.

DRT AMERICA, LLC

      Defendant.

Civil Action No.: 1:19-CV-01640-SCJ

## AFFIDAVIT OF JESSE W. LINCOLN

State of Georgia

County of Fulton

PERSONALLY APPEARED before me, an officer duly authorized by law to administer oaths, Jesse W. Lincoln, who after first being duly sworn, states as follows:

1.    My name is Jesse W. Lincoln.  I am an attorney admitted to practice in the State of Georgia since 2005.  My practice involves construction industry issues exclusively.  I am a partner in the law firm of Eversheds Sutherland (US) LLP in Atlanta, Georgia.  My firm serves as counsel for Plaintiff O'Neal Constructors, LLC ("O'Neal") in this case.  This affidavit is given from my personal knowledge and is based on the contemporaneous billing records of my law firm.

1

2.      This affidavit is submitted in support of O'Neal's request for attorneys' fees, as awarded pursuant to the Court's February 14, 2020 Order on O'Neal's motion to confirm and DRT America, LLC's ("DRT") motion to vacate (Doc. 18) and February 14, 2020 Judgment (Doc. 19), to show the reasonable fees and costs incurred by O'Neal with my firm subsequent to the entry of the arbitration panel's Final Arbitration Award in the arbitration underlying the above-referenced motions.

3.      Subsequent to the arbitration panel's Final Arbitration Award, and to confirm and obtain a judgment on the same, O'Neal retained my law firm to prepare various motion and response papers in support of O'Neal's motion to confirm the Final Arbitration Award and in opposition to DRT's motion to vacate the Final Arbitration Award.  I was assisted in this effort by co-counsel that had represented O'Neal in the underlying arbitration (the law firm of Harper Lambert, P.A.).

4.      For this effort subsequent to the arbitration panel's Final Arbitration Award, O'Neal incurred $33,583.27 in legal fees and expenses with my firm.[1]  In general, the legal fees incurred by O'Neal were spent to prepare and commence an action to confirm the arbitration award in the Gwinnett County, Georgia, Superior

---

[1] O'Neal also incurred $18,677.58 in actual and estimated legal fees and expenses from Harper Lambert, P.A. for this effort. *See* Affidavit of N. Ward Lambert, filed concurrently with this affidavit.

Court (later removed to this Court by DRT), to review and analyze DRT's motion to vacate and various briefs and legal positions, to research the law regarding service requirements of motions to vacate under the FAA, as well as to prepare response and reply briefing in support of confirming O'Neal's arbitration award and opposing DRT's motion to vacate.

5.  True and correct copies of my firm's invoices to O'Neal totaling $33,583.27 are attached as composite Exhibit A. The invoices set forth in detail the legal work and time charged to O'Neal.  O'Neal has paid all of these invoices.

6.  I billed a total of 52.9 hours on this matter, at a rate of $565 per hour.

7.  My partner, Jennifer Fletcher, who participated in the underlying arbitration and assisted in the preparation of the various documents described above, billed 3.2 hours on this matter, a rate of $600 per hour.

8.  Cynthia Wyke-Garrett, a litigation paralegal specialist, billed 5.0 hours to this matter, at a rate of $295 per hour.

9.  The total expenses charged to O'Neal for this matter, $299.77, related to filing and serving O'Neal's initial motion to confirm in Gwinnett Superior Court.

10.  In connection with research and assisting in the drafting of O'Neal's Motion for Attorneys' Fees filed herewith, and related supporting documentation,

3

O'Neal will incur and has incurred an additional estimated $4,237.50 in legal fees from my firm (7.5 hours times $565 per hour for my time).

11.     The total spent and estimated attorneys' fees and expenses incurred by O'Neal with my firm subsequent to issuance of the Final Arbitration Award is accordingly $37,820.77.

12.     In my opinion, the rates, hours, and fees charged by my firm to O'Neal for this matter are reasonable for these services in the Atlanta legal market, based upon the complexity of issues, and based upon the rates usually charged by professionals of comparable expertise for complex construction disputes.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Jesse W. Lincoln

Sworn to and subscribed before me
This 28th day of February, 2020.

_____
Notary Public
My Commission Expires:

NICKOLE L BAKER
NOTARY
EXPIRES
GEORGIA
DEC. 19, 2021
PUBLIC
GWINNETT COUNTY

4

Exhibit A

E V E R S H E D S
S U T H E R L A N D

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID #

Wire transfer instructions:

O'Neal, Inc.
10 Falcon Crest Drive
Greenville, SC  29607

| | |
|---|---|
| Bill No. | 1058024 |
| Bill Date | April 8, 2019 |

Matter No: 27730.0003
RE: Excel v.

**FOR LEGAL SERVICES RENDERED THROUGH March 31, 2019**

| | |
|---|---|
| **Fees** | $882.50 |
| **Total Current Bill** | $882.50 |

Matter No. 27730-0003        Bill No: 1058024        Page 2

**FOR LEGAL SERVICES RENDERED THROUGH March 31, 2019**

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 03/21/19 | Jennifer W. Fletcher | 1.00 | Review regarding motion to confirm arbitration award; correspond with Jesse Lincoln to assist with same. |
| 03/25/19 | Jesse W. Lincoln | 0.50 | Review draft complaint to confirm arb award; call with Ward Lambert. |

|  |  |
|---|---|
| Fees | $882.50 |

### SUMMARY OF LEGAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Jennifer W. Fletcher | 1.00 | 600.00 | 600.00 |
| Jesse W. Lincoln | 0.50 | 565.00 | 282.50 |
|  | 1.50 |  | 882.50 |

|  |  |
|---|---|
| TOTAL CURRENT BILLING | $882.50 |

EVERSHEDS
SUTHERLAND

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID #:

Wire transfer instructions:

**O'Neal, Inc.**
**10 Falcon Crest Drive**
**Greenville, SC  29607**

Bill No.          1065943
Bill Date         June 12, 2019

**Matter No: 27730.0003**
**RE: Excel v.**

**FOR LEGAL SERVICES RENDERED THROUGH April 30, 2019**

| | |
|---|---|
| Fees | $17,305.00 |
| Total Current Disbursements | $299.77 |
| Total Current Bill | $17,604.77 |

Matter No. 27730-0003                     Bill No: 1065943                              Page 2

**FOR LEGAL SERVICES RENDERED THROUGH April 30, 2019**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 04/03/19 | Jesse  W. Lincoln | 2.00 | Review and revise draft complaint to confirm arbitration award against DRT; email with Ward Lambert re same; review Georgia venue statute to determine appropriate place for filing. |
| 04/04/19 | Cynthia Wyke-Garrett | 1.70 | Draft civil case initiation form, summons, e-file same together with Complaint; research Sheriff's service fees; draft check request; forward pleadings to J. Lincoln and docketing. |
| 04/04/19 | Jesse  W. Lincoln | 1.50 | Finalize and file complaint and related documents in Gwinnett Superior court; email to team re same. |
| 04/06/19 | Cynthia Wyke-Garrett | 0.70 | Draft letter to Gwinnett County Sheriff's Office requesting service of process on defendant, DRT America, LLC; draft Sheriff's Entry of Service form; prepare overnight delivery package to Sheriff's Office. |
| 04/09/19 | Jennifer  W. Fletcher | 0.70 | Review and check on judicial assignments and removal issues. |
| 04/10/19 | Jesse  W. Lincoln | 6.00 | Pull DRT filings from PACER; review / analyze DRT motion to vacate and memorandum of law; review arbitral review standards in 11th Circuit under FAA; research into assigned judges (in Gwinnett case we filed in and in NDGa case DRT filed); email to Ward Lambert with legal citations re 11th Circuit strong presumption of confirmation of arbitration awards; emails re O'Neal corporate structure to determine if diversity exists. |
| 04/11/19 | Jennifer  W. Fletcher | 0.50 | Check on motion status. |
| 04/11/19 | Jesse  W. Lincoln | 0.80 | Review removal filings by DRT; phone call with Greg Smith (DRT lawyer); email with team re proposed strategy for responding. |
| 04/15/19 | Cynthia Wyke-Garrett | 0.50 | Research court docket and forward Civil Case Initiation Form and Notice of Removal, DRT's Certificate of Interested Persons and Corporate Disclosure Statement, and Notice of Removal and Request for Consolidation to docketing. |
| 04/16/19 | Jesse  W. Lincoln | 3.70 | Review removal statute and local rules to confirm various filing deadlines; review/analyze FAA statutes and cases to determine viability of defense to DRT motion based on lack of service; email inquiries to team regarding whether O'Neal has been served; email to team re potential defense after confirming service has not been made. |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 04/17/19 | Jesse  W. Lincoln | 0.90 | Review docket to determine if proof service has been filed; review cases re possible defenses DRT may raise to late service; call with Ward Lambert to discuss same and strategy for implementing defense. |
| 04/18/19 | Jesse  W. Lincoln | 0.30 | Emails with Greg Smith re whether DRT served its motion; email with O'Neal team re response. |
| 04/23/19 | Cynthia Wyke-Garrett | 0.20 | Discussion with J. Lincoln regarding service on defendant in Gwinnett County; upload Sheriff's Entry of Service. |
| 04/23/19 | Jesse  W. Lincoln | 4.60 | Review/analyze cases from our assigned judge and in the district in general re: standard of review for arbitration decisions on motions to confirm or vacate; further research into preclusive effect of failure to timely serve; work on motion to confirm; prepare certificate of interested persons; prepare notice of non-objection to motion to consolidate; review docket for all. |
| 04/24/19 | Jesse  W. Lincoln | 1.80 | Research cases from district on arbitration review standards and work on motion to confirm; email to Ward Lambert. |
| 04/25/19 | Jesse  W. Lincoln | 4.10 | Prepare and finalize motion to confirm, certificate of interested parties, and notice of non-objection; emails with team re same; file. |
| 04/26/19 | Cynthia Wyke-Garrett | 1.60 | Discussions with J. Lincoln regarding service of documents to registered agent of DRT America, LLC via U.S. Marshal; research U.S. Marshal's Office website; research Pacer; upload Plaintiff's Notice of Non-Objection to DRT America, LLC's Request for Consolidation, Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement, and Plaintiff's Motion to Confirm Arbitration Award and Supporting Memorandum of Law; telephone calls to U.S. Marshals Office re: service of process; research and forward 9 USC § 9 regarding service of process by U.S. Marshal to G. Fortin (USMC). |
| 04/26/19 | Jesse  W. Lincoln | 1.20 | Review acknowledgment of service and attachments; email with team re options for dealing with same; email to opposing counsel that we cannot acknowledge service because of pending motion, reserving rights. |

**Fees**        $17,305.00

Matter No. 27730-0003                    Bill No: 1065943                              Page 4

## SUMMARY OF LEGAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Jennifer W. Fletcher | 1.20 | 600.00 | 720.00 |
| Jesse W. Lincoln | 26.90 | 565.00 | 15,198.50 |
| Cynthia Wyke-Garrett | 4.70 | 295.00 | 1,386.50 |
| | 32.80 | | 17,305.00 |

## DISBURSEMENTS

Service of Process on Corporation Service Company, registered agent of DRT America, LLC/GWINNETT COUNTY SHERIFF; Cynthia Wyke-Garrett – Service of Process                    50.00

VENDOR: FEDERAL EXPRESS; To: Attn   Civil Process; From: Cynthia Wyke Garrett – Overnight Courier                    13.12

Case e-file/Fulton State Court//Suntrust Visa/A Wells – Filing Fees                    236.65

**Total Current Disbursements**                    $299.77

**TOTAL CURRENT BILLING**                    $17,604.77

EVERSHEDS
SUTHERLAND

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID #:

Wire transfer instructions:

O'Neal, Inc.
10 Falcon Crest Drive
Greenville, SC  29607

| | |
|---|---|
| Bill No. | 1068685 |
| Bill Date | July 8, 2019 |

Matter No: 27730.0003
RE: Excel v.

FOR LEGAL SERVICES RENDERED THROUGH June 30, 2019

| | |
|---|---|
| Fees | $14,870.00 |
| **Total Current Bill** | $14,870.00 |

Matter No. 27730-0003                    Bill No: 1068685                                    Page 2

**FOR LEGAL SERVICES RENDERED THROUGH June 30, 2019**

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 05/01/19 | Cynthia Wyke-Garrett | 0.20 | Research court docket for recently filed pleadings. |
| 05/01/19 | Jesse W. Lincoln | 0.50 | Review docket for pleadings filed by DRT (not served); review order to show cause; email with team re: service by DRT and Court's order. |
| 05/07/19 | Jesse W. Lincoln | 2.50 | Review/revise draft opposition brief to DRT motion to vacate; review DRT opposition to O'Neal motion to confirm, and research rules and cases for reply. |
| 05/08/19 | Jesse W. Lincoln | 1.10 | Review/revise memorandum in opposition to DRT motion to vacate; email to Ward Lambert. |
| 05/10/19 | Jesse W. Lincoln | 0.70 | Review DRT response to Court's order to show cause; research cases for reply brief. |
| 05/13/19 | Jesse W. Lincoln | 3.30 | Review / revise response brief opposing DRT motion's to vacate; emails/call with Ward Lambert re same. |
| 05/14/19 | Jesse W. Lincoln | 2.60 | Revise O'Neal response in opposition to DRT motion to vacate; circulate to Lambert for review; check case citations; finalize and file brief and exhibits. |
| 05/17/19 | Cynthia Wyke-Garrett | 0.10 | Discussion with docketing regarding consolidation of cases and answer filed. |
| 05/19/19 | Jesse W. Lincoln | 1.00 | Review DRT response brief and prepare outline of reply. |
| 05/20/19 | Jesse W. Lincoln | 8.50 | Review / analyze cases cited in DRT response brief opposing motion to confirm; prepare reply brief and circulate for review. |
| 05/21/19 | Jesse W. Lincoln | 2.90 | Emails with Ward Lambert and Wes Lambert re reply brief; review, revise and finalize same and exhibits; file brief. |
| 05/28/19 | Jesse W. Lincoln | 0.50 | Review DRT reply brief. |
| 05/29/19 | Jennifer W. Fletcher | 1.00 | Review all briefs and arguments that factual allegations are false. |
| 05/29/19 | Jesse W. Lincoln | 1.50 | Review/analyze DRT reply brief and earlier briefs to determine if sur-reply is warranted; call with Ward Lambert to discuss same. |

**Fees**          $14,870.00

Matter No. 27730-0003                          Bill No: 1068685                                          Page 3

## SUMMARY OF LEGAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Jennifer W. Fletcher | 1.00 | 600.00 | 600.00 |
| Jesse W. Lincoln | 25.10 | 565.00 | 14,181.50 |
| Cynthia Wyke-Garrett | 0.30 | 295.00 | 88.50 |
| | 26.40 | | 14,870.00 |

**TOTAL CURRENT BILLING**                                        $14,870.00

EVERSHEDS
SUTHERLAND

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID #:

Wire transfer instructions:

**O'Neal, Inc.**
**10 Falcon Crest Drive**
**Greenville, SC  29607**

Bill No.           1071857
Bill Date          July 31, 2019

**Matter No: 27730.0003**
**RE: Excel v.**

**FOR LEGAL SERVICES RENDERED THROUGH June 30, 2019**

**Fees**                                                          $226.00

**Total Current Bill**                                            $226.00

Matter No. 27730-0003                   Bill No: 1071857                                    Page 2

**FOR LEGAL SERVICES RENDERED THROUGH June 30, 2019**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 06/11/19 | Jesse  W. Lincoln | 0.40 | Review court orders (consolidating cases and transferring files). |

Fees        $226.00

**SUMMARY OF LEGAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Jesse  W. Lincoln | 0.40 | 565.00 | 226.00 |
|  | 0.40 |  | 226.00 |

**TOTAL CURRENT BILLING**        **$226.00**
